## (March 24, 1983)

■ In the Matter of FRED GOLDENBERG, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — Motion by petitioner to discipline respondent for professional misconduct. Respondent is suspended indefinitely from the practice of law based upon the medical report submitted by respondent (22 NYCRR 691.13). A physician is to be appointed by the Honorable Milton Mollen, Presiding Justice of this court, to conduct a physical examination of respondent. In the interim, the motion is held in abeyance. Damiani, J. P., Titone, Lazer, Mangano and Niehoff, JJ., concur.

■ In the Matter of WALTER D. O'HEARN, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. — Motion by respondent for reargument of this court's determination, dated October 18, 1982, suspending respondent from the practice of law for a period of one year, effective November 15, 1982; or for other relief. The suspension was stayed on November 12, 1982. Motion for reargument granted. Upon reargument, the penalty imposed upon the respondent is reduced to a public censure. The *Per Curiam* opinion and order both dated October 18, 1982 [89 AD2d 184] are amended accordingly. Mollen, P. J., Titone, Lazer, Mangano and Rubin, JJ., concur.

■ In the Matter of JOHN C. SCHETTINO, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. — Motion by petitioner to suspend respondent from the practice of law based upon his conviction in the District Court of Nassau County, First District on February 1, 1983, on his plea of guilty of petit larceny, a class A misdemeanor. Motion granted and respondent suspended effective February 18, 1983, the date his conviction was filed with this court. This matter is to be consolidated with the proceeding this court previously authorized to be instituted against the respondent an order dated March 15, 1982. Damiani, J. P., Titone, Lazer, Gibbons and Weinstein, JJ., concur.